UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                          Case Number 17-20360

v.                                                   Honorable David M. Lawson

DELANTAE COLLINS,

        Defendant.
_____/

**ORDER DENYING MOTION FOR HEARING**

      This matter is before the Court on the defendant's motion for a hearing on his pending motion for compassionate release. The motion did not indicate that counsel for the defendant sought concurrence in the relief requested from counsel for the government before filing the motion, as the defendant's attorney was required to do under the local rules of this Court. In this district, movants must seek concurrence in the relief requested before filing a motion with the Court. E.D. Mich. LR 7.1(a). If concurrence is obtained, the parties then may present a stipulated order to the Court. If concurrence is not obtained, Local Rule 7.1(a)(2) requires that the moving party state in the motion that "there was a conference between the attorneys . . . in which the movant explained the nature of the motion and its legal basis and requested but did not obtain concurrence in the relief sought [] or . . . despite reasonable efforts specified in the motion, the movant was unable to conduct a conference." E.D. Mich. LR 7.1(a)(2). Defendant's counsel did not state in the motion that concurrence was sought from government counsel before the motion was filed, and the motion therefore will be denied.

      Accordingly, it is **ORDERED** that the defendant's motion for a hearing (ECF No. 120) is

- 2 -

**DENIED**.

                                                 s/David M. Lawson
                                                 DAVID M. LAWSON
                                                 United States District Judge

Dated:   January 21, 2021